UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CRAIG S. SCOTT             CASE NO.: 16-11473
        DEBTOR                     CHAPTER 13    SEC "A"

## ORDER

Considering the Motion to Sell Real Estate (**P-53**) set for hearing on June 12, 2018, Further, the Court having considered the merits of the Motion, the Response thereto, proper service having been made to the interested parties, and being of the opinion that the relief requested is in the best interest of the debtor, the creditors, and the estate;

**IT IS ORDERED** that the debtor's Motion to Sell Real Estate is **GRANTED** and the debtor is authorized to execute all documents necessary to sell and convey interest in and to 419 Magnolia Ridge Road, Boutte, LA 70039.

**IT IS FURTHER ORDERED** that the net proceeds from the sale, after satisfaction of closing costs, prepaids, commissions and curative work, including the payoff amount owed to Regions Bank, are to be immediately forwarded in certified funds to the Chapter 13 Trustee for administration of the estate.

**IT IS FURTHER ORDERED** that counsel shall serve this Order immediately upon on all interested parties not receiving notice through the ECF System pursuant to the FRBP and the LBR's and file a certificate of service in the record to that effect immediately.

New Orleans, Louisiana, June 12, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge